FILED

JAMES J. VILT, JR. - CLERK

JAN 2 0 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States District Court

For the Western District of Kentucky

----------------------------------------------------------------------------------

Jessie Adams         )

   Plaintiff        )         Case No. 3:26CV-43-JHM

   v.        )

Sergio Jimenez        )         Jury Trial: Yes

   Defendant        )

## COMPLAINT FOR A CIVIL CASE

1. Upon information and belief, Defendant had ex parte communication with certain individuals,

2. Defendant conspired with others in violation of due process,

3. The Basis for federal court jurisdiction is federal law.

### RELIEF

Plaintiff demands a sum of money estimated over $400,000.

### CERTIFICATION AND CLOSING

The undersigned declares under penalty of perjury that she is the plaintiff in the above action, that she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

1/9/2026

Case 3:26-cv-00043-JHM    Document 1    Filed 01/20/26    Page 2 of 2 PageID #: 2

Jessie Adams

261 Jones st,

San Francisco, CA 94100

MID-ISLAND NY  117

15 JAN 2026   PM 1  L

UNITED STATES
OF AMERICA

FOREVER/USA

US District Court Clerk's Office

601 W. Broadway, Rm 106,

Louisville, KY 40202

FILED

JAMES J. VILT, JR. - CLERK

JAN 2 0 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

40202-224999